No. 01–10274.  MCMILLIAN v. JONES, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 01–10275.  WINKE v. WINKE.  Sup. Ct. Iowa.  Certiorari denied.

No. 01–10276.  BURNS v. CITY OF GARLAND.  C. A. 5th Cir. Certiorari denied.

No. 01–10277.  WINKE v. IOWA DISTRICT COURT FOR LEE COUNTY.  Sup. Ct. Iowa.  Certiorari denied.

No. 01–10280.  MACIAS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 01–10282.  LUCAS v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 01–10283.  LAIRD v. SPELLING.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 01–10285.  MURRAY v. NORSTAR MORTGAGE CORP., A DIVISION OF FLEET REAL ESTATE FUNDING CORP.  C. A. 2d Cir. Certiorari denied.

No. 01–10286.  PAYNE v. WEST VIRGINIA PUBLIC SERVICE COMMISSION ET AL.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 01–10290.  HAYES v. UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 01–10291.  LANDERS v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 01–10292.  KULKA v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 01–10293.  BRUNT, AKA BROUNT v. TAYLOR, WARDEN. C. A. 4th Cir.  Certiorari denied.

No. 01–10295.  SWEENEY v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.